UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOUA SONG o/b/o Paul Doua Her,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | Case No.  1:21-cv-00013-BAM<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAPUERIS*, PAY FILING FEE OR SUBMIT FURTHER SUPPLEMENTAL BRIEF WITHIN THIRTY DAYS** |

On January 4, 2021, Plaintiff Khoua Song, through counsel and on behalf of Paul Doua Her, filed the instant action seeking review of a decision of the Commissioner of Social Security denying an application for Social Security Disability Insurance and Supplement Security Income. (Doc. 1.)  Concurrent with the complaint, Khoua Song submitted and signed an application for Paul Doua Her to proceed *in forma pauperis* in the instant action.  (Doc. 2.)

On February 10, 2021, the Court directed Plaintiff to submit a supplemental brief or other appropriate papers to demonstrate the appropriateness of Plaintiff proceeding on behalf of Paul Doua Her in this action, including authority permitting her to submit an *in forma pauperis* application on behalf of Paul Doua Her.  (Doc. 3.)

On March 1, 2021, Plaintiff submitted a supplemental brief indicating that she is the surviving spouse of Paul Doua Her, who died on October 26, 2020, and she is authorized by

1

Social Security regulations to continue a claim for disability benefits on behalf of her deceased spouse. Plaintiff therefore submits that her appearance on behalf of her deceased husband is appropriate in this case. (Doc. 4.)

Plaintiff's supplemental brief does not address the application to proceed *in forma pauperis*. In order for an action to proceed without prepayment of the filing fee, each plaintiff in an action must establish that they are entitled to proceed *in forma pauperis* individually. *See* 28 U.S.C. § 1915(a). Plaintiff has not demonstrated that she is entitled to proceed *in forma pauperis* in this action based on the status of Paul Doua Her. Thus, Khoua Song shall file an application to proceed *in forma pauperis* for herself or show authority that she is not required to file her own application.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff a form for application to proceed *in forma pauperis*;

2. Within thirty (30) days of the date of service of this order, Plaintiff shall (a) submit a completed and signed application to proceed *in forma pauperis*; (b) pay the $402.00 filing fee for this action; <u>or</u> (c) submit supplemental briefing demonstrating that she is not required to submit a separate application to proceed *in forma* pauperis; and

3. Failure to comply with this order will result in a recommendation for dismissal of this action.

IT IS SO ORDERED.

Dated:   **April 7, 2021**                            /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE