UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOUA SONG o/b/o Paul Doua Her,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | Case No.  1:21-cv-00013-BAM<br><br>**ORDER GRANTING AMENDED APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**<br><br>(Doc. 6) |

Having considered the amended application to proceed without prepayment of fess under 28 U.S.C. § 1915 filed on April 13, 2021, IT IS HEREBY ORDERED that the application is GRANTED.  (Doc. 6.)

IT IS FURTHER ORDERED that the Clerk of the Court issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All costs of service shall be advanced by the United States.

IT IS SO ORDERED.

Dated:   **April 19, 2021**         /s/ *Barbara A. McAuliffe*        
                                    UNITED STATES MAGISTRATE JUDGE

1