UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOUA SONG, o/b/o PAUL DOUA HER,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI[1]<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:21-cv-0013 JLT BAM<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF KHOUA SONG o/b/o PAUL DOUA HER AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

Plaintiff Khoua Song, on behalf of Paul Doua Her, and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on January 13, 2022. (Doc. 27 at 1-2.) Pursuant to the terms of the stipulation, the matter "shall be remanded to the Commissioner of Social Security for further administrative proceedings on whether a finding of disability is directed under 20 C.F.R. 461.926(b)." (*Id*. at 1.) In addition, the parties stipulated judgment shall be entered in favor of Plaintiff and against the Commissioner. (*Id*.)

/////

/////

---

[1] The action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).

1

Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and
2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Khoua Song, on behalf of Paul Doua Her, and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **January 14, 2022**



UNITED STATES DISTRICT JUDGE

2